Dennis R. Kurz
Kurz Law Group, LLC
1936 N. Druid Hills Rd NE
Suite 100B
Atlanta, GA 30319
Tel: 404-565-0546
Fax: 404-636-5418
dennis@kurzlawgroup.com
Attorney for Plaintiffs,
German Plegaria and Kristine Plegaria

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| German Plegaria and Kristine Plegaria, | : | |
| Plaintiff, | : | Civil Case No.: 1:14-cv-04083-JEI-AMD |
| vs. | : | |
| GC Services, LP, | : | **NOTICE OF SETTLEMENT** |
| Defendant. | : | |

NOW COMES the Plaintiff, German Plegaria and Kristine Plegaria, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  August 21, 2014          Kurz Law Group, LLC


By:/s/ Dennis R. Kurz
       Dennis R. Kurz
       Attorney for Plaintiff,
       German Plegaria and Kristine Plegaria




## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2014, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

submitted to all parties by way of the Court's CM/ECF System

.


/s/ Dennis R. Kurz
Dennis R. Kurz
Attorney for Plaintiff